U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

SEP 2 4 2024

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) CR124-055 |
| | ) |
| MARGARET ANNE ASHBY | ) 18 U.S.C. § 1924(a) |
| | ) Unauthorized Removal and Retention |
| | of Classified Documents or Material |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Information is as follows:

Count 1:    Unauthorized Removal and Retention of Classified Documents or Material
18 U.S.C. § 1924(a)

- Not more than five years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three years of supervised release; and
- $100 special assessment.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ L. Alexander Hamner*

L. Alexander Hamner
Assistant United States Attorney
Indiana Bar No. 31996-41

3

MA