UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NUMBER: |
| | ) | CR-124-055 |
| | ) | |
| V. | ) | Case 1:24-cr-00055-JRH-BKE D |
| | ) | |
| MARGARET ANNE ASHBY | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of Record:

Enter my appearance as counsel on behalf of Defendant MARGARET ANNE ASHBY.

I certify that I am admitted to practice in this Court.

This 25th day of September 2024

                                        /S/ Robert T. Homlar
                                        Robert T. Homlar
                                        GA Bar Number: 364714
                                        Attorney for Defendant

Robert T. Homlar P.C.
580 James Brown Blvd.
Augusta, GA 30901
(706) 831-0859/ Telecopier (706) 432-1722
robert@homlarlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have served the within and foregoing **NOTICE OF APPEARANCE** upon all parties in interest in the matter through the following:

Tania Grover
Chief, Criminal Division
United States Attorney's Office
Southern District of Georgia

L. Alexander Hamner
Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia

David J. Ryan
Trial Attorney, U.S. Department of Justice
National Security Division
Counterintelligence & Expert
Control Section

This is done in accordance with ECF rules by the electronic filing of the foregoing with the Court of Court using the CM/ECF system.

This 25th day of September 2024

/S/ Robert T. Homlar
Robert T. Homlar
GA Bar Number: 364714
Attorney for Defendant

Robert T. Homlar P.C.
580 James Brown Blvd.
Augusta, GA 30901
(706) 831-0859/ Fax (706) 432-1722
robert@homlarlaw.com