# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **1:24cr055**

United States of America

vs.

**Margaret Anne Ashby / 26**
**2:53 pm - 3:18 pm**

Defendant/Age

**Alex Hamner**

U. S. Attorney

**Robert Homlar**

Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [✓] Arraigned and plead **Guilty** to count(s) **One**.
- [ ] Plea of not guilty withdrawn and plea of _____ entered as to count(s) _____ of the indictment. **by proffer**
- [✓] Factual basis **Established.  Oral.  Plea Accepted** Witness for factual basis _____.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **a later date** at _____.
- [✓] Bond Continued ___ Bond modified to _____.
- Bond set at **10,000** **Per Recog**
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **J. Randal Hall, U. S. District Court Judge**       Date **October 23, 2024**
Court Reporter   **Lisa Davenport**                              Probation Officer
Courtroom Deputy Clerk   **Lisa Widener**                        U.S. Marshal