IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. CR124-055 |
| ) | |
| MARGARET ASHBY ) | |

## WAIVER OF INDICTMENT

I, MARGARET ASHBY, the above-named Defendant, who is accused of violating 18 U.S.C.§1924 Unauthorized Removal and Retention of Classified Documents or Material, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on _23 October 2024_ prosecution by Indictment and consent that the proceeding may be by Information rather than Indictment.

_Margaret Ashby_
MARGARET ASHBY, Defendant

_/s/_
ROBERT T. HOMLAR, Counsel for Defendant

Before:

_/s/_
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia