IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR124-055 |
| | ) | |
| MARGARET ASHBY | ) | |

### PLEA TO FELONY INFORMATION

The Defendant, MARGARET ASHBY, having waived indictment in open court, and with the consent of the Court, hereby enters a plea of Guilty to Count One of the Information.

This 23 day of October, 2024.

_____
MARGARET ASHBY
Defendant

_____
ROBERT T. HOMLAR
Attorney for Defendant